UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 8/8/2008 CASE NUMBER: 08-16014-001M-SD

CLOSED

**PLEA/SENTENCING MINUTES**

USA vs. Graciela Arellano-Belmonte

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK

U.S. Attorney ____________________ INTERPRETER REQ'D Ricardo Gonzalez

LANGUAGE: Spanish

Attorney for Defendant Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 8/6/2008 ☒ Complaint Filed ☒ Appointment of counsel hearing held

☐ Financial Afdvt taken ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed

☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA

Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal

☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $__________

☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☐ Held ☐ Cont'd ☐ Reset

Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd

☐ Consent of Defendant ☐ Information filed __________ ☐ Complaint filed __________

☐ Defendant sworn and examined by the Court ☐ Plea of Guilty ☐ Not Guilty ☐ Entered to Counts__________

☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.

☐ Plea of Guilty entered as to Ct(s)______ of the ☐ Information ☐ Indictment ☐ Complaint

☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.

☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed

☐ Court does not accept defendant's plea of guilty because __________

☐ PSI ORDERED ☐ EXPEDITED ☐ PSI waived ☐ Time waived for passage of sentence

☐ Continued for sentence to ___ before __________

☐ To be dismissed upon entry of the judgment, Ct(s) ____

☐ ORDER vacate trial date/motion hearing/mtns moot

☐ ORDER defendant remain released pending sentence ☐ remanded to USM

SENTENCING:

☐ Defendant committed to Bureau of Prisons for a period of___ ☐ Probation/Supervised Release for __________

☐ Special Assessment $______ ☐ Fine $______ ☐ Restitution $________

Other: The Government orally moves to dismiss the Complaint against the defendant. Defense counsel has no objection. IT IS ORDERED dismissing the Complaint without prejudice. Case closed.

RECORDED: CS (3 Min)

BY: Jocelyn M. Arviso, Deputy Clerk

8/6

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Graciela ARELLANO-Belmonte
Citizen of Mexico
YOB: 1951
088768607
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-16014M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about February 14, 2006, near San Ysidro, California in the Southern District of California, Defendant Graciela ARELLANO-Belmonte, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

August 8, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Graciela ARELLANO-Belmonte

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** None found.

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to her citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on February 14, 2006.

Charges: 8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

August 8, 2008
Date

Signature of Judicial Officer